ORIGINAL

DONALD DOWELL
(Name) Last

P.O.BOX ~~799004~~ 931/D4-221
(Address)
~~Imperial,~~ CA. 92251
~~SAN DIEGO,CA. 92179~~
(City, State, Zip)
R.J.DONOVAN
Centinela State Prison
(CDC Inmate No.) #AA2828

2254____ 1983 ✓
FILING FEE PAID
Yes____ No ✓
IFP MOTION FILED
Yes ✓ No____
COPIES SENT TO
Court ✓ ProSe____

**FILED**
NOV 1 0 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

DONALD DOWELL, PLAINTIFF,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

City of SAN DIEGO:POLICE DEPARTMENT:
W.T. GRIFFIN, #4210;
M.BOTKIN,#5875;
M.ZDUNICH,#5836;
IVERSON, #5887;
S.ADAMS, 5970;
L.JOHNSON #5954;
(Enter full name of each defendant in this action.)
C.MILLETT, ABATEMENT;
W.LANSDOWNE,#CHIEF;
JOHN & JANE DOE,1THRU 10;

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

09CV2576 DMS(AJB)

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

4th U.S.C. Violatio
Illegal Searchs
And Seizures.

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional authority, list them below.

_____

### B. Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff, DONALD DOWELL:
(print Plaintiff's name)
_____, who presently resides at CALIFORNIA DEPARTMENT
(mailing address or place of confinement)
CORRECTIONS & REHABILITATION:
, were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at CITY OF

SAN DIEGO: CALIFORNIA:_____ on (dates) DECEMBER 17,2008 and _____.
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)



ORIGINAL

1   DONALD DOWELL, #AA2828,

2   CALIFORNIA DEPARTMENT OF CORRECTION

3   P.O. Box 931/D4-221

4   Imperial, CA. 92251

5

6

7

8           UNITED STATES DISTRICT COURT

9         SOUTHERN DISTRICT OF CALIFORNIA

10

11   DONALD DOWELL,           /    SASE NO:_____
          PLAINTIFF,       /

12     VS                  /
                      /    42 U.S.C. 1983

13   W.T. GRIFFIN, #4210,     /    4TH U.S.C.A. VIOLATION
                      /    ILLEGAL SEARCH & SEIZURES

14   M. BOTKIN, #5875,        /

15   M. ZDUNICH, #5836,      /

16   IVERSEN, #5887,         /

17   L. JOHNSON, #5954,      /

18   S. ADAMS, #5970,        /

19   C. MILLETT, #ABATEMENT TEAM  /

20   JOHN/JANE DOE (1 THU 10)   /

21   WILLIAM LANSDOWNE, ( CHIEF),  /
            DEFENDANTS:

22   _____

23

24

25

26

27

28

ORIGINAL

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>CITY OF SAN DIEGO CALIFORNIA</u> resides in <u>SAN DIEGO COUNTY,</u>
        (name)                                         (County of residence)
and is employed as a <u>CITY ADMINISTRATION OFFICE,</u> . This defendant is sued in
                           (defendant's position/title (if any))
his/her XX individual XX official capacity. (Check one or both.) Explain how this defendant was acting

under color of law <u>At all times herein was CHIEF POLICY maker with</u>
<u>Authority over the SAN DIEGO POLICE DEPARTMENT, and is incor-</u>
<u>porated as the supervisor with responablity for Training of all</u>
<u>officer of the CITY OF SAN DIEGO CALIFORNIA, and was acting under</u>
color of law;

Defendant <u>WILLIAM LANSDOWNE,(CHIEF)</u> resides in <u>SAN DIEGO COUNTY;</u>
        (name)                                     (County of residence)
and is employed as a <u>CHIEF OF SAN DIEGO POLICE DEPART</u> This defendant is sued in
                           (defendant's position/title (if any))
his/her XX individual XX official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>At all times relevant herein,as the Principle Policin</u>
<u>g</u>
<u>Ageny within the City of SAN DIEGO CALIFORNIA, and is responsible</u>
<u>for policing policies and procedures of the CITY OF SAN DIEGO CAL.</u>
POLICE DEPARTMENT, and was acting under color law;

Defendant <u>W.T. GRIFFIN,#4210</u> resides in <u>SAN DIEGO COUNTY,</u>
        (name)                                     (County of residence)
and is employed as a <u>SERGENT TEAM(8)POLICE OFFICER</u> . This defendant is sued in
                           (defendant's position/title (if any))
his/her XX individual XX official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>At all times relevant herein was employed as a SGT.</u>
ofTEAM(8) as a SAN DIEGOPOLICE OFFICER,for the CITY OF SAN DIEGO
<u>DEPARTMENT, and was Principle Sergent of Team 8,for CITY of SAN</u>
DIEGO CALIFORNIA POLICE OFFICERS,And was Acting under color of law

Defendant <u>M. BOTKIN #5875</u> resides in <u>SAN DIEGO COUNTY</u>
        (name)                                     (County of residence)
and is employed as a <u>CITY OF SAN DIEGO POLICE OFFICER</u> This defendant is sued in
                           (defendant's position/title (if any))
his/her XX individual XX official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>At all times relevant herein was employed</u> as a TEAM 8
Member as a SAN DIEGO POLICE OFFICER, for the CITY of SAN DIEGO
POLICE DEPARTMENT, SAN DIEGO CALIFORNIA, and was acting under
color of law;

2. <u>Defendants:</u> (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>M.ZDUNICH #5836</u> resides in <u>SAN DOEGO COUNTY:</u> ,
   (name)                              (County of residence)
and is employed as a <u>City of San Diego Police Office</u> This defendant is sued in
                        (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>At all times relevant herein was employed as a</u>
TEAM 8 MEEBER, as a San Diego Police Officer; for the City of

San Diego California; and was acting under color of law.. .

Defendant <u>IVERSEN,#5887</u> resides in <u>SAN DIEGO COUNTY:</u> ,
   (name)                              (County of residence)
and is employed as a <u>City of San Diego Pplice Office</u> This defendant is sued in
                        (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: At all times relevant herein was employed as a
TEAM 8 MEMBER, as a San Diego Police Officer, for the City of

City of San Diego Police Department, San Diego California, .
and was acting under color of law;
Defendant <u>L. JOHNSON,#5954</u> resides in <u>SAN DIEGO COUNTY,</u> ,
   (name)                              (County of residence)
and is employed as a <u>CITY OF SAN DIEGO POLICE OFFICE</u> This defendant is sued in
                        (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>At all times relevant herein was employed as a</u>
TEAM 8 MEMBER, as a San Diego Police Officer, for the City of

SAN DIEGO POLICE DEPARTMENT, SAN DIEGO CALIFORNIA, and was acting.
under color of law;
Defendant <u>S. ADAMS, #5970,</u> resides in <u>SAN DIEGO COUNTY</u> ,
   (name)                              (County of residence)
and is employed as a <u>CITY OF SAN DIEGO POLICE OFFICE</u> This defendant is sued in
                        (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: At all times relevant herein was employed as a
TEAM 8 MEMBER, as a San Diego Police Officer, for the City of

SAN DIEGO POLICE DEPARTMENT, SAN DIEGO CALIFORNIA, and was acting.
under color of law;

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>CATHERINE MELLETT</u> resides in <u>SAN DIEGO COUNTY</u>,
           (name)                                         (County of residence)
and is employed as a <u>CITY OF SAN DIEGO POLICE OFFICER</u>This defendant is sued in
                         (defendant's position/title (if any))
his/her ☒ individual/☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>At all times relevant herein was employed as a</u>
<u>SAN DIEGO POLICE NARCOTICS DIVISION DRUG ABATEMENT RESPONSE TEAM</u>
<u>OFFICER, for the City of SAN DIEGO POLICE DEPARTMENT,SAN DIEGO</u>
<u>CALIFORNIA, and was acting under color of law;</u>

Defendant<u>JOHN/JANE DOE#1</u> resides in <u>SAN DIEGO COUNTY</u>,
         (name)                                      (County of residence)
and is employed as a <u>CITY OF SAN DIEGO POLICE OFFICER</u>This defendant is sued in
                         (defendant's position/title (if any))
his/her ☒individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>AT all times relevant herein was employed as a SAN</u>
<u>DIEGO POLICE DEPARTMENT, as (CAPTAIN)of the Narcotics Division</u>
<u>for the SAN DIEGO CALIFORNIA,and acted under the color of law,</u>
responsiable for traing and supervivion;Narcotics Division;

Defendant <u>JOHN/JANE DOE#2</u> resides in<u>SAN DIEGO COUNTY,</u>
         (name)                                      (County of residence)
and is employed as a <u>CITY OF SAN DIEGO POLICE OFFICER</u>This defendant is sued in
                         (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law:<u>At all times relevant herein was employed as a SAN</u>
<u>DIEGO POLICE DEPARTMENT,as(LIEUTENANT) of the Narcotics Division</u>
<u>TEAM 8 of SAN DIEGO CALIFORNIA,AND WAS RESPONSIABLE FOR THE</u>
<u>immeidatily traing and supervision,and was acting color law;</u>

Defendant <u>JOHN?/JANE DOE#3</u> resides in <u>SAN DIEGO COUNTY;</u>
         (name)                                      (County of residence)
and is employed as a <u>CITY OF SAN DIEGO POLICE OFFICER</u>This defendant is sued in
                         (defendant's position/title (if any))
his/her ☒☒individual ☒☒official capacity. (Check one or both.) Explain how this defendant was acting

under color of law:<u>At all times relevant herein was employed as a SAN</u>
<u>DIEGO POLICE DEPARTMENT(K-9)DOG UNIT),as a SAN DIEGO POLICE</u>
<u>OFFICERS for the the CITY OF SAN DEIGO CALIFORNIA, and was acted</u>
<u>under the color of law;</u>

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>:  The following civil right has been violated: <u>UNITED STATES CONSTUTITION</u>
(E.g., right to medical care, access to courts,

    4TH AMENDMENT: U.S.A.C. 4TH:

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 1.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]


        ( SEE ATTACHED PAGES (1thu 8 )

        ( SUPPORTING FACTS )

1   e. CAUSES OF ACTION:

2   COUNT#1. The Following Civil Right has been violated;

3   UNITED STATES CONSTUTIONAL AMENDMENT 4th AMENDMENT U.S.C.A.

4   UNLAWFUL AND ILLEGAL DETENTION,SEARCH AND SEIZURE,ARREST:

5   SUPPORTING FACTS:

6     On December 17.2008, while sitting at my home at 2715 Marcy

7   Ave,SAN DIEGO,CALIFORNIA, 92113; with MR,JAMES LEE WASHINGTON,

8   JR.,I received a phone call from my lady at work, who is also

9   a member of said residence, that it was time for me to come

10  pick her up from work, at (MCRD)MARINE CORP RECUITS DEPO, in

11  SAN DIEGO CALIFORNIA..About the same time my Niece came home

12  form work,MS. LANASHA HERRIOTT, who is also a member of said

13  residence at 2715 MARCY Ave.SAN DIEGO, CA.92113,..She gather clo-

14  ing for washing and left the residence prior to MR. WASHINGTON

15  and MR. DOWELL:. UPON leaving residence MR. WASHINGTON went

16  and got into his WHITE FORD TRUCK, i locked my residence and

17  went to get into the truck with MR. WASHINGTON, at this time he

18  told me to drive, and i got into the drive seat and buck-up..

19  As i pulled away from in front of my residence, behind us lights

20  came on-on an unknown vehicle at my residence, something that i

21  immediately notice, and MR.WASHINGTON, NOTICE ALSO.. We both

22  made statesment to each other about who that could be, because

23  there was no one else at the residence.Istop at the corner stop

24  sign, giving the unknown vehicle time to catch up, wnen the

25  vehicle did,i went on and the vehicle followed, we traveled on

26  to about the 800 Block of 11th Avenue and the veicle behind us,

27  pulled over and a SAN DIEGO POLICE CAR got behind us, i was

28  traveling obeying all traffic laws and the posted speed limits

( C-1 )

1  when the SAN DIEGO POLICE Vehicle directed me to pull over, and

2  i obeyed..

3  At this time a SAN DIEGO POLICE OFFICER M.ZDUNCH #5836, came to

4  the driver side and ask for my driver license, i hand it to him

5  he didn,t even look at it. He than stated that he pulled us over

6  for an Alleged vehicle code violation of 24600(b)V.C.Tail-light

7  (right tail light) not functioning, but NOCITATIONS, AND24601v.c.

8  (no license plate light) not functioning, no citations for the

9  vehicle code violations was issued to the vehicles.s operator

10  MR.DOWELL, or the registered owner of the vehicle (MRS. BLANCH

11  WASHINGTON) to date..

12    ADDitionally, the alleged vehilce code. violations were merely

13  a pretext to gain unlawful access to the vehilce DOWELL,was

14  legally operating, and his and vehicles located at his residence,

15  at 2715 MARCY AVE SAN DIEGO, CALIFORNIA,to conduct a WARRANTLESS,

16  search, seizure,of MR. DOWELL person, the vehicle MR. DOWELL was

17  operating and MR. DOWELL,S residence, and cars or vehicles at

18  the residence.. Additionally, SAN DIEGO POLICE OFFICER, M.ZDUNCH

19  #5836,than told MR.DOWELL, that he was an 4th waiver and was

20  listed as a 4th waiver,MR. DOWELL told the SAN DIEGO POLICE OFFICE

21  M.ZDUNCH #5836, that he was not.. OFFICER M. ZDUNCH#5836, than

22  open the door of the white ford truck, and order MR. DOWELL out

23  and conducted an illegal search of MR. DOWELL,S person, and

24  obtained MR. DOWELL,S residence keys from his pocket, and $140.00

25  U.S. GOVT. CURRENCY, AND THAN PLACED MR. DOWELL in the back of

26  his CITY OF SAN DIEGO POLICE vehicle..

27    THan SAN DIEGO POLICE OFFICER M.ZDUNCH, went back to the white

28  ford truck passager side and order MR.JAMES LEE WASHINGTON, OUT

( C-2 )

1  of the truck, and conducted an illegal search of MR.WASHINGTON,

2  who was also not an 4th waiver, than placed him into the CITY of

3  SAN DIEGO POLICE DEPARTMENT vehicle. SAN DIEGO POLICE OFFICER M.

4  ZDUNCH#5836, than conducted and illegal search of the White Ford

5  Truck finding nothing illegal.. All in violation of the 4th admin-

6  iment of U.S,C.A.4th CONSTUTION,..

7    ADDITIONALLY, SAN DIEGO POLICE OFFICER M.ZDUNCH#5836, received

8  an Cell phone call from unknown sorsce, and at this time, an

9  additional SAN DIEGO POLICE DepartmentVehicle arrived, with SAN

10 DIEGO POLICE OFFICER IVERSEN #5887, operating it, SAN DIEGO

11 POLICE OFFICER M. ZDUNCH #5836,handed OFFICER IVERSEN #5887, my

12 residence keys to her, and she left, to go meet up with addition-

13 ally members of the SAN DIEGO POLICE DEPARTMENT NAROTICS DIVISON

14 TEAMS 8-C2, to conduct an illegal 4th waiver search ofMR. DOWELL,S

15 residence, vehicles at the residence of 2715 Marcy Ave. SAN DIEGO

16 CALIFORNIA 92113..

17   ADDitionally, during these searchs, MR. DOWELL was unlawfully

18 detained and searched, personal perperty was subsequently unlaw-

19 fully seizured from his person, which included but not limited to

20 cash($140.00)U.S.Currency, keys to residence located at 2715 Marcy

21 AVE.SAN DIEGO CALIFORNIA, keys to vehicles that was located at

22 2715 MARCY AVE.SAN DIEGO, CA.92113,and keys related to his employ-

23 ment, by IVERSEN #5887,city of SAN DIEGO POLICE DEPARTMENT MEMBERS

24 TEAM 8, which included police officers M.ZDUNCH #5836,who illegall

25 y detained MR. DOWELL for approximately 45 minutes prior to arrest

26 and subsequent taken to the CITY OF SAN DIEGO POLICE DEPARTMENT

27 FORprocessing, while other team 8 members alone with officer

28 IVERSEN #5887, who illegally obtained MR.DOWELL, KEYS to his

( C-3 )

1  residence to conduct an illegal search and seizures of thr resi-

2  dence by police department officer, W.T.GRIFFIN #4210, M. BOTKIN

3  #5875, L.JOHNSON #5954, S.ADAMS #5970, and CITY OF SAN DIEGO

4  CALIFORNIA POLICE DEPARTMENT NARCOTICS TEAM DOG(K-9) UNITS LISTED

5  as DOE defendants, to continue the warrantless and unlawful

6  search, &seizure and arrest. And the unlawfully entered the

7  residence at 2715 MARCY AVE.SAN DIEGO CALIFORNIA, 92113..

8    NOW prior to the manufactered Traffic Stop, which encompass the

9  unlawful search and seizure, SGT. W.T.GRIFFIN #4210, M.BOTKIN#

10  5875 ACCESSED THE SAN DIEGO LAW AN JUSTICE NETWORK COMPUTER to

11  ascertain whether MR.DOWELL, was subject to a 4th waiver search

12  the officer notification system(ONS) issued notification on

13  DECEMBER 17,2008, at 3;44pm, that the person of interent MR.DOWELL

14  was not subject to a 4th waiver search as perscribet by law..

15  SGT.W.T.GRIFFIN#4210, and M.BOTKIN#5875,being duly notified,

16  disregarded the legal notification and manufactured a fictitions

17  vehicle  code violation triffic stop,that was order by CITY OF

18  SAN DIEGO CA. POLICE OFFICER DET. S,ADAMS #5970,to CITY OF SAN

19  DIEGO CA., POLICE OFFICER M.ZDUNCH #5836,who conducted the illegal

20    traffic stop of the vehicle MR.DOWELL, was legally driving,

21    illegally searching MR.DOWELL person and vehicle yielding a

22    negative result.. THE intentionally and unlawfully targeted MR.

23    DOWELL by this CITY OF SAN DIEGO CA.,POLICE DEPARTMENT NARCOTICS

24    TEAM (8)OFFICERS.::

25    ADDitionally on JANUARY 5,2009,in the Superior Court case #

26    CD5217839, was DISMISSED at the PRELIMINARY HEARING, were the city

27    of SAN DIEGO POLICE OFFICERS M.ZDUNCH #5836, and M.BOTKIN #5875

28    gave testimony about their illegal conduct, and illegal search

( C-4 )

1  and seizure, and the(ONS)Officers notification system issued on
2  DECEMBER 17,2008, at 3;44pm, to SGT. W.T. GRIFFIN #4210,team 8
3  leader in the fleld.. THis was the the court,s determing factor
4  relied on in Dismissing the case..
5    ADDitionally on JANUARY 21,2009,after the SAN DIEGO CA., SUPE-
6  RIOR COURT dismissed case #CD217839,for the 4th amendment U.S.C.A.
7  COUST. violation for illegally search and seizure.. THE CITY OF
8  SAN DIEGO POLICE DEPARTMENT NARCOTICS DIVISION DRUG ABATEMENT
9  RESPONSE TEAM OFFICER CATHERINE MILLETT, and or some CITY OF SAN
10 DIEGO POLICE DEPARTMENT POLICE OFFICER from that DRUG ABATEMENT
11 RESPONSE TEAM MEMBER,signed the letter generated from the CITY OF
12 SAN DIEGO CA. POLICE DEPARTMENT NARCOTICS DIVISION DRUG ABATEMENT
13 TEAM sent to MR.DOWELL,,LANDLORD, a letter(FILE#09-8),dated WED-
14 NESDAY. JANUARY 21,2009,to the porperty owner, that the SAN DIEGO
15 POLICE DEPARTMENT had conducted a narcotic investigation involving
16 the  property at 2715 MARCY AVE.SAN DIEGO CA.92113, and that the
17 property owner take the necessary action (EVICTION) to avoid
18 liability under the DRUG ABATEMENT ACT., ADDitionally the property
19 met with the DRUG ABATEMENT TEAM OFFICE, and was than interviewed
20 by members of the CITY OF SAN DIEGO CA. NARCOTICS DIVISION TEAM
21 8, SGT. W.T. GRIFFIN #4210, and than notice to MR.DOWELL,S wife
22 MS. NATALIE CLARK to moved from the property, a direct result of
23 the unlawful search and seizures..
24   ON DECEMBER 17,2008, at approximately 18:45 hours,CITY OF SAN
25 DIEGO CA.POLICE OFFICER M.ZDUNCH #5836,order a SAN DIEGO POLICE
26 DEPARTMENT POLICE DOG(K-9)units to response to the 800 block of
27 11th avenue of SAN DIEGO CA., TO CONDUCT A ILLEGAL 4th wavier
28 search..SAN DIEGO POLICE DEPARTMENT OFFICER M. ZDUNCH #5836, also

( C-5 )

1   ask the SAN DIEGO POLICE DISPATCH to conduct a warrent and 4th

2   waviers check.. THESE check resulted in a negative response from

3   the SAN DIEGO POLICE DEPARTMENT DISPATCHER of MR. DOWELL, and MS.

4   CLARK person and residence at 2715 MARCY AVE. SAN DIEGO CA..

5     ADDitionally the CITY OF SAN DIEGO POLICE DEPARTMENT POLICE

6   OFFICER M. ZDUNCH #5836, gave testimony on JANUARY 5,2009,in

7   preliminary hearing and proceeding that he was order by a CITY OF

8   SAN DIEGO POLICE OFFICER DET. S. ADAMS #5970, to stop MR. DOWELL

9   with the fictitious traffic violation stop, cearly showing that

10  there was not a traffic violation on the vehicle MR.DOWELL, WAS

11  LEGALLY OPERATING ON DECEMBER 17,2008..

12    THE illegal search and seizure, and arrest was all done with

13  the knowledge and under the supervision of SAN DIEGO CITY POLICE

14  DEPARTMENT (LIEUTENANT),and (CAPTAIN), of the SAN DIEGO CITY

15  POLICE DEPARTMENT NARCOTICS DIVISION TEAM 8..AND was acting

16  unlawfully deliberate overreaching by the SAN DIEGO POLICE DEPART-

17  MENT TEAM 8 MEMBERS, inan effort to seizure of evidence which it

18  lacked probable cause..

19    THE CITY OF SAN DIEGO CA. fail to supervise and/or train the

20  CITY OF SAN DIEGO POLICE DEPARTMENT NARCOTICS DIVISION TEAM 8

21  POLICE OFFICERS W.T. GRIFFIN #4210, M.ZDUNCH #5836, M.BOTKIN #

22  5875, IVERSEN #5887, L.JOHNSON #5954, S.ADAMS #5970, NARCOTIC

23  DIVISION DOG(K-9) UNITS NARCOTIC ABATEMENT RESPONSE TEAMS OFFICERS

24  NARCOTIC DIVISION C-2 LIEUTENANT, and CAPTAIN, in the protection

25  against unreasonable searches and seizure as department policy

26  required.. IN violation of U.S.C.A. CONST,4th AMENDMENT, ILLEGAL

27  SEARCH AND SEIZURE...

28

( C-6 )

Original

## INJURIES

DOWELL SUFFERED INJURIES AS A RESULT OF THE UNLAWFUL AND
UNWARRANTED TRAFFIC STOP, TRAFFIC VIOLATIONS, THE UNLAWFUL SEARCH
AND SEIZURE OF PERSON, AND VEHICLE,BY THE CITY OF SAN DIEGO CA.
POLICE DEPARTMENT NAROTICS OFFICERS OF TEAM 8 MEMBERS, ON THE
DECEMBER 17;2008, IN VIOLATIONS OF THE U.S.CONST.4th AMENDMENT
AGAINST THE ESTABLISH LAW.AND THE U.S.C.A. 4th CONSTITUTION..

SAN DIEGO POLICE DEPARTMENTS OFFICERS AND/OR AGENTS INTENTIONAL
AND WILLFUL INFLICTION OF EMOTIONAL DISTRESS, SUBJECTING DOWELL
TO ECONOMIC LOSSES ASSOCIATED WITH THE UNWARRANTED TRAFFIC STOPS
THE UNLAWFUL SEARCH AND SEIZURE OF DOWELL,S PERSON, RESIDENCE
AND THE VEHICLES AT SAID RESIDENCE..DOWELL ALSO SUFFERED INJURIES
ECONOMIC, RELATED TO THE POSTING OF BAIL FOR RELEASE OF THE
ARREST AND SUBSEQUENT INCARCERATION RELATED TO THE DECEMBER 17,
2008, INCIDENTS..

DOWELL CONTENDS HE SUFFERED INJURIES AS A RESULT OF THE UNLAW-
FUL AND UNREASONABLE DETENTION, SEARCH, SEIZURE,AND THE SUBEQUENT
ARREST BY SAN DIEGO POLICE DEPARTMENT,S OFFICERS OF TEAM 8 NAROC
TIC MEMBERS, ..DOWELL CONTENDS HE SUFFERED INJURIES AS A RESULT
OF THE ABUSE OF ABATEMENT TEAM RESOURCES BY THE SAN DIEGO POLICE
DEPARTMENTS OFFICERS, SUBJECTING HIM AND FAMILY MEMBERS TO
ECONOMIC LOSSES ASSOCIATED WITH THE MISUSE OF ABATEMENT TEAM
RESOURCES, RESULTING IN THE VACATING OF PROPERTY, COSTS OF SECUR-
ING NEW RESIDENCE,COSTS OF MOVING AND STORAGE..THE ILLEGAL
INTRUSION INTO MY HOME U.S.C.A. CONSTITUTION 4th, BY TEAM 8
MEMBERS THAT WAS NOT ACTING LAWFULLY, WITHIN THIERS DUTIES AS
POLICES OFFICERS FOR THE CITY OF SAN DIEGO CA.,TEAM 8 MEMBERS
TRAMPLED ON DOWELL,S PROTECTIONS AGAINST UNREASONABLE SEARCHES

( C-7 )

1  AND SEIZURES.. THE FAILURE TO TRAIN A POLICE FORCE , THAT RESULT

2  IN THE FLAGRANTLY VIOLATED AND UNWARRANTED ACTIONS, U.S.C.A.

3  CONST. 4th..

4

5  DATED: *Nov. 8, 2009.*                    *Donald Dowell*
                                                          #AA2828
6                                             DONALD DOWELL,#AA2828

7                              ///////////

8

9

10

11                             ///////////

12

13

14

15

16                             ///////////

17

18

19

20

21

22

23

24

25

26

27

28
                              ( C-8 )

<u>Count 2</u>: The following civil right has been violated: _____

(E.g., right to medical care, access to courts,

_____

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

<u>Count 3</u>:  The following civil right has been violated:_____

(E.g., right to medical care, access to courts,

_____

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:    [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____ N/A _____

Defendants: _____ N/A _____

(b)  Name of the court and docket number: ____ N/A ____
_____ N/A _____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] ___ N/A ___
_____ N/A _____.

(d)  Issues raised: ____ N/A ____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____.

(e)  Approximate date case was filed: __ N/A _____.

(f)  Approximate date of disposition: _____ N/A _____.


2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☒ No.  INTERNAL AFFAIRS: CITY OF ADMIN: GRAND JURY:_____

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.
SOUGTH ADMINISTRATIVE RELIEF, CITY OF SAN DIEGO CALIFORNIA OFFICE OF ADMINISTRATION CITIZENS REVIEW BOARD ON POLICE PRACTICES: CITY OF SAN DIEGO POLICE DEPARTMENTS INTERNAL AFFAIRS UNIT: RESULTS:+=INTERNAL AFFAIRS INVESTIGATED WITH OFFICER,S COMMAND (SEE ATTACH LETTER I.A.):ALSO:(SAN DIEGO COUNTY GRAND JURY FILE# 2008/2009-0052.)ALSO:(CITY OF SAN DIEGO CA. RISK MANAGEMENT OFFICE:CITY FILE#369:SEE ATTACH LETTER: LEROY HOSTETLER, CLAIMS REPRESENTATIVE):ALSO:(SECOND CLAIM TO CITY FILE#369:):___.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): AGENTS, MEMBERS OF POLICE DEP.

FROM HARRASSMENT OF PLAINTIFF,ALL WITNESS,DESTRUTION OF ANY DOCU-

MENTS, NOTES, TAPE RECORDING, C D.S, DISPATCH RECORDING FROM

INCIDENT 12/17/08: AUDIO, 911 TACTUAL CD: CELL PHONE RECORDS OF

ALL DET. INVOLODE ON 12/17/08:AND ANY INVESTIGATIONS NOTES:
2. Damages in the sum of $ 40,000,000:

3. Punitive damages in the sum of $ 40,000,000:EACH INDIVIDUAL DEFEND-
ANTS..

4. Other: LEGAL FEES: ANY OTHER RELIEF THAT THIS COURT DEEM
   NECESSARY,

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

NOV. 5, 2009
Date

_Signature of Plaintiff_