FILED

12 APR -6 PM 2:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DOWELL,<br>Plaintiff,<br>v.<br>WILLIAM TODD GRIFFIN, MATTHEW BOTKIN, and MATTHEW ZDUNICH,<br>Defendant. | Civil No. 09cv2576-CAB (MDD)<br><br>**FINAL JUDGMENT** |

On April 2, 2012 this matter came on for jury trial before the Honorable Cathy Ann Bencivengo. On April 4, 2012, the Court granted Defendant Matthew Zdunich's Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50. On April 5, 2012, a jury of eight (8) persons, having heard and considered the testimony and evidence, rendered a verdict in favor of Defendants William Todd Griffin and Matthew Botkin against Plaintiff Donald Dowell.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered for Defendants William Todd Griffin, Matthew Botkin, and Matthew Zdunich, on Plaintiff Donald Dowell's complaint.

Dated: 4/5/11

**CATHY ANN BENCIVENGO**
United States District Judge